IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DUE PROCESS, LTD., et. al.,
    Plaintiffs,

vs.                                               No. 3:03cv580/MCR/MD

ALTERNATIVE DEBT SERVICES,
    INC., et. al.,
        Defendants.

_____

**ORDER
and
REPORT AND RECOMMENDATION**

Before the court is plaintiff's amended renewed motion for sanctions (doc. 78). In spite of prior orders and warnings, defendants JEN DEVINE and TOM ROBERTS have failed to obey the court's discovery order, and have failed to respond to the court's show cause order (docs. 58, 70). These defendants' total lack of participation in this case, their willful refusal to obey the court's orders, and the resulting damage to the plaintiffs' ability to prosecute their case is cause for the entry of a default against them. Defendant OLIVE has filed pleadings that he says fully comply with the court's orders, but the court is unable to determine whether that is true on the record before it. A hearing is therefore necessary.

Accordingly, it is ORDERED as follows:

1.     A hearing on the amended renewed motion for sanctions concerning defendant OLIVE will be held before the undersigned on a date and time to set by separate notice.

*Page 2 of 2*

2. **DEFENDANT OLIVE SHALL APPEAR PERSONALLY AT THE HEARING. Failure to attend the hearing personally may result an adverse ruling on the motion.**

And it is respectfully RECOMMENDED that the court enter default judgments against defendants JEN DEVINE and TOM ROBERTS.

DONE AND ORDERED at Pensacola, Florida this 25th day of August, 2005.

/s/ *Miles Davis*
      MILES DAVIS
      UNITED STATES MAGISTRATE JUDGE

*Case No: 3:03cv580/MCR/MD*