IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DUE PROCESS, LTD., et al.,
    Plaintiffs,

vs.                                          CASE NO.:  3:03cv580/MCR/MD

ALTERNATIVE DEBT SERVICES,
INC., ET AL.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 25, 2005.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The clerk shall enter default against defendants JEN DEVINE and TOM ROBERTS and refer the file back to the magistrate judge for a determination on the record of the appropriate amount of the judgment.

DONE AND ORDERED this 14th day of October, 2005.

          _s/ M. Casey Rodgers_
          **M. CASEY RODGERS**
          **UNITED STATES DISTRICT JUDGE**