IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DUE PROCESS, LTD., et al.,**
      **Plaintiffs,**

**vs.**                                            **Case No. 3:03cv580/MCR/MD**

**ALTERNATIVE DEBT SERVICES,**
**INC., et al.,**
      **Defendants.**

## REPORT AND RECOMMENDATION

      This cause is before the court upon referral from the clerk. On October 6, 2006 plaintiffs and defendant Olive filed a Stipulated Motion for Voluntary Dismissal as to Defendant Patrick Olive (doc. 105). These parties request that plaintiffs' claims against defendant Olive be dismissed without prejudice, and without costs or fees to either party.

      Accordingly, it is respectfully RECOMMENDED:

      That the Stipulated Motion for Voluntary Dismissal (doc. 105) be GRANTED, and plaintiffs' claims against defendant Patrick Olive be DISMISSED WITHOUT PREJUDICE.

      At Pensacola, Florida, this 10th day of October, 2006.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636;** ***United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**