IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DUE PROCESS, LTD., et al.,
    Plaintiffs,

vs.                      CASE NO.: 3:03cv580/MCR/MD

ALTERNATIVE DEBT SERVICES,
INC., et al.,
    Defendants.
    _____/

### O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 10, 2006. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The Stipulated Motion for Voluntary Dismissal (doc. 105) is GRANTED, and plaintiffs' claims against defendant Patrick Olive are DISMISSED WITHOUT PREJUDICE.

    DONE AND ORDERED this 9th day of November, 2006.

                                s/ _M. Casey Rodgers_
                                M. CASEY RODGERS
                                UNITED STATES DISTRICT JUDGE