IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DUE PROCESS, LTD.**, a foreign
corporation and **JOHN GLIHA**,
    Plaintiffs,

vs.                                    **CASE NO.: 3:03cv580/MCR/MD**

**ALTERNATIVE DEBT SERVICES,
INC.**, a Florida Corporation, f/d/b/a
**AGGRESSIVE MARKETING and
MANAGEMENT, INC.**, and **ALTERNATIVE
DEBT SOLUTIONS; JEN DEVINE; TOM
ROBERTS; JOHN BRIAN McLANE, JR.;
MEAGHAN MAILTO; AND PATRICK OLIVE**,
    Defendants.
_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 11, 2007. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

      Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now ORDERED as follows:

      1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.    The plaintiffs' motion for final default judgment (doc. 110) is GRANTED and default judgment is entered against defendants Alternative Debt Services, Inc.,

a Florida Corporation f/d/b/a Aggressive Marketing and Management, Inc., and Alternative Debt Solutions for damages for breach of contract in the amount of $196,877.84, for damages for copyright infringement in the amount of $1,673,702.27, and with prejudgment interest as of the date of the final judgment, in accordance with the calculations set forth in the report and recommendation.  Plaintiffs' counsel is required to submit appropriate supporting documentation to sustain an award of reasonable attorneys' fees and costs within thirty days from the date of this order.

DONE AND ORDERED this 11th day of May, 2007.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**