IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DUE PROCESS, LTD.,
    Plaintiff,

vs.                                    No. 3:03cv580/MCR/MD

ALTERNATIVE DEBT SERVICES, INC.,
et. al.,
    Defendants.

_____

**REPORT AND RECOMMENDATION**

    In this civil action arising out of breach of contract and copyright infringement claims, plaintiff was awarded more than $2,100,000 in damages and pre-judgment interest (docs. 122-123). The court also found that plaintiff is entitled to statutory attorney fees (doc. 122). Now before the undersigned on referral is plaintiff's f fees and costs (docs. 125-127). No response has been filed by any defendant.

    The court is well familiar with the process of awarding fees in contractual agreements that provide for a reasonable fee. "The first step in computing a reasonable fee is to determine the lodestar, which is the product of the number of hours reasonably worked by a lawyer and a reasonable hourly rate." *Dillard v. City of Greensboro,* 213 F.3d 1347, 1354 (11th Cir. 2000). Because the court is guided by equitable principles in determining a reasonable fee, *Durrett v. Jenkins Brickyard, Inc.* 678 F.2d 911, 917 (11th Cir. 1982)(citing *Faraci v. Hickey-Freeman Co.,* 607 F.2d 1025, 1028 (2nd Cir. 1979), those principles must necessarily be employed in determining both the reasonable hourly rates to be employed and the number of hours reasonably worked.

Plaintiff's counsel's affidavit and attachments (doc. 125) indicate that the standard rate for the attorney who worked on this case is $125 per hour, and that she spent 407.8 attorney hours on the case. Counsel also says these rates were agreed to by her client, the plaintiff, and were paid by the plaintiff.

Counsel seeks only the amount billed and paid by her client, the plaintiff, and the undersigned finds the requested time and billing rates to be more than reasonable. Therefore, the requested fee of $50,975.00 is reasonable. Plaintiff also asks for a total of $2,739.24, to which no objection has been filed.

Accordingly, it is respectfully RECOMMENDED that the court award plaintiff's counsel, Diane Longoria, Esq., the sum of $50,975.00 as reasonable attorney fees plus $2,739.24 in costs.

At Pensacola, Florida, this 14th day of August, 2007.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636;** *United States v. Roberts***, 858 F.2d 698, 701 (11th Cir. 1988).**