IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DUE PROCESS, LTD.,
    Plaintiff,

vs.                        3:03cv580/MCR/MD

ALTERNATIVE DEBT SERVICES, INC., et al.,
    Defendants.
_____/

O R D E R

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 14 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's counsel, Diane Longoria, Esquire, is awarded the sum of $50,975.00 as reasonable attorney fees plus $2,739.24 in costs.

    DONE AND ORDERED this 1st day of October, 2007.


                         s/ *M. Casey Rodgers*
                         **M. CASEY RODGERS**
                         **UNITED STATES DISTRICT JUDGE**